UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

"IN ADMIRALTY"

| | |
|---|---|
| MONJASA A/S,<br><br>      Plaintiff,<br><br>v.<br><br>M/V KINATSI, her tackle, engines, etc. *in rem*,<br><br>      Defendant. | Case No.: 8:16-cv-00904-EAK-JSS |

## ORDER DIRECTING THE MARSHAL AND SUBSTITUTE CUSTODIAN TO ALLOW M/V KINATSI TO CONDUCT NORMAL CARGO OPERATIONS, AND RELEASE UPON STIPULATION

THIS CAUSE came before the Court upon Plaintiff, MONJASA A/S', Motion for Order Allowing M/V KINATSI to Conduct Normal Cargo Operations, and Release upon Stipulation ("Motion") regarding Defendant M/V KINATSI (IMO No. 9354052; CALL SIGN DYPH; 459 feet long; 11697 GROSS TONS) (the "Vessel"). The Court having reviewed Plaintiff's Motion, and being otherwise duly advised in the premises, it is:

**ORDERED**, that the United States Marshal and National Maritime Services, Inc., as Substitute Custodian for the Vessel, allow the Vessel and its crew, at the risk and expense of the Vessel's interests, to conduct normal operations including cargo handling and or berth shifts while in custody and within Port Manatee; it is further

**ORDERED**, that the Vessel may be released from seizure without further order of this Court, if the Marshal receives written authorization from the attorney who requested the seizure and that such attorney advises that he has conferred with all counsel representing all of the

parties to the litigation and they consent to the release, and the Court has not entered an Order to the contrary. All of the United States Marshal's costs shall be paid prior to the release of said Vessel.

**ORDERED** at Tampa, Florida this 21st day of April, 2016.

/s/ Elizabeth A. Kovachevich
UNITED STATES DISTRICT JUDGE

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

cc: Counsel of record
U.S. Marshal / Substitute Custodian